IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MILTON BROWN**
a/k/a **SULTAN IMMANUEL-El-BEY**,

Petitioner,

v.  Civil Action No. **3:18CV182**

**NEWPORT NEWS CIRCUIT COURT**, *et al.*,

Respondents.

## MEMORANDUM OPINION

On April 19, 2018, the Court conditionally docketed Petitioner's action. Petitioner requested leave to proceed *in forma pauperis*. By Memorandum Order entered on May 21, 2018, the Court directed Petitioner to pay an initial partial filing fee of $0.50 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Petitioner has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Petitioner is not entitled to proceed *in forma pauperis*. Petitioner's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

Date: 6/19/18
Richmond, Virginia

/s/ 
John A. Gibney, Jr.
United States District Judge